UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 20-1825 MWF (MRWx)**                                    Date:  April 20, 2020

Title   **Anthony Bouyer v. Kapur Investments, LLC, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on February 26, 2020.  (Docket No. 1).  Plaintiff timely filed a Proof of Service ("POS") on April 1, 2020.  Pursuant to the POS, substituted service of the Summons and Complaint was completed with mailing on March 20, 2020; either a response to Complaint, or an ADA Application for Stay and Early Mediation, was due on or before April 10, 2020.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MAY 4, 2020.**

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") or APPLICATION FOR STAY AND EARLY MEDIATION ("ADA Application") by Defendant who has been served.

    OR

- ■ BY PLAINTIFF:  DEFAULT APPLICATION for Defendant who has not timely responded to the Complaint or filed an ADA Application.

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 20-1825 MWF (MRWx)**                                    Date: April 20, 2020

Title          **Anthony Bouyer v. Kapur Investments, LLC, et al.**

      No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

      IT IS SO ORDERED.

      Initials of Preparer:  RS/sjm